# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EVERETT DEAN, ET AL.**                                                                            **PLAINTIFFS**

**V.**                                                              **CAUSE NO. 4:12CV00005-JMV**

**WASHINGTON COUNTY, MISSISSIPPI, ET AL.**                                          **DEFENDANTS**

## ORDER

The court conducted a hearing on July 19, 2012, on Plaintiffs' Motion to extend expert deadline [24], Defendants' Motion to Dismiss [25], and Defendants' Motion to Stay Discovery and Deadlines [27]. In accordance with the court's oral ruling it is,

**THEREFORE, ORDERED:**

1. That Defendants' Motion to Dismiss [25] is DENIED with the understanding that Defendants may refile the motion after Plaintiffs have filed their motion for leave to amend the complaint. Plaintiffs must file any motion for leave to amend on or before Wednesday, 7/25/12, 5:00 p.m. Plaintiffs are advised that the motion must include the proposed amended complaint, which should not include any moot issues.

2. That Plaintiffs' Motion to extend their expert deadline [24] is DENIED without prejudice to Plaintiffs' right to refile it after the court's ruling on the motion for leave to amend.

3. Defendants' Motion to Stay Discovery and Extend Deadlines [27] is GRANTED IN PART AND DENIED IN PART. Discovery is hereby STAYED for thirty (30) days from this date. Additionally, pretrial deadlines that have not yet expired (defense experts, discovery, motions) are extended for thirty 30 days from their original settings.

This, the 19th day of July, 2012.

                                                                                        /s/ Jane M. Virden
                                                                                        **U. S. MAGISTRATE JUDGE**